IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT E. WOODWARD**
ADC #166447                                                                                              **PLAINTIFF**

v.                           Case No. 4:25-cv-00821-KGB

**SARAH HUCKABEE SANDERS,**
Governor of Arkansas                                                                              **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") of United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). Plaintiff Robert E. Woodward responded and objected to the Recommendation (Dkt. No. 8). The Court has reviewed the Recommendation, the objections, and the record *de novo*, the Court adopts the Recommendation as the Court's findings of fact and conclusions of law in all respects (Dkt. No. 4). The Court writes separately to address Woodward's objections.

First, Woodward argues that he paid the filing fee in *Woodward v. Doe*, 4:25-cv-00815-KGB-PSH (Dkt. No. 8, ¶ 1). The docket sheet in *Woodward v. Doe* does not reflect that Woodward has paid the filing fee. However, regardless of whether Woodward has paid the filing fee in that case, he is not permitted to proceed with the same claims in multiple cases nor is he permitted to bring an action that is frivolous or fails to state a claim.

Second, Woodward argues that he filed only one case and that he has no control over how the clerk files and processes cases (Dkt. No. 8, ¶ 2). Having reviewed the complaints in both cases, the Court concludes that the filings are not identical and bring claims against different defendants. However, the Court agrees with the Recommendation in that the substance of those claims is duplicative.

Third, Woodward claims that, because Governor Sanders has sufficient personal knowledge of constitutional violations allegedly inflicted on Woodward, she should be liable (Dkt. No. 8).  However, the Recommendation is correct that Woodward must allege sufficient facts to show that Sanders, through her own individual actions, has violated Woodward's rights.  Woodward has not alleged sufficient facts to show that Sanders, through her own individual actions, has violated Woodward's constitutional rights.

Because Woodward's case is duplicative and cannot proceed against Governor Sanders, the Court agrees with the Recommendation and adopts it, in its entirety, as the Court's findings of fact and conclusions of law.  The Court recommends that, in the future, this dismissal count as a "strike" under 28 U.S.C. § 1915(g).  The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.  The Court denies, as moot, Woodward's motion for service (Dkt. No. 7).

It is so Ordered this 18th day of December, 2025.

*[signature]*
Kristine G. Baker
Chief United States District Judge